1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY SYLVESTER RIDEAU, JR.,

11          Plaintiff,                         No. CIV S-05-1709 FCD KJM P

12      vs.

13   JEANNE WOODFORD, et al.,

14          Defendants.                        <u>ORDER</u>

15   _____/

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed March 16, 2007, plaintiff's complaint was

18   dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended

19   complaint.

20          The amended complaint states cognizable Eighth Amendment claims against

21   defendants Runnels and James pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the

22   allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to

23   prevail on the merits of these claims.  With respect to the other claims and defendants identified

24   in plaintiff's amended complaint, plaintiff's amended complaint fails to state a claim upon which

25   relief can be granted.  Therefore, the court will order that plaintiff's amended complaint by

26   served upon only defendants Runnels and James.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Service is appropriate for the following defendants:  Runnels and James.

3        2.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,

4    an instruction sheet and a copy of the amended complaint filed April 30, 2007.

5        3.  Within thirty days from the date of this order, plaintiff shall complete the

6    attached Notice of Submission of Documents and submit the following documents to the court:

7            a.  The completed Notice of Submission of Documents;

8            b.  One completed summons;

9            c.  One completed USM-285 form for each defendant listed in number 1

10           above; and

11           d.  Three copies of the endorsed amended complaint filed April 30, 2007.

12       4.  Plaintiff need not attempt service on defendants and need not request waiver of

13   service.  Upon receipt of the above-described documents, the court will direct the United States

14   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

15   without payment of costs.

16   DATED:  October 23, 2007.

17   _____
     U.S. MAGISTRATE JUDGE

18

19   1
     ride1709.1(4.30.07)

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY SYLVESTER RIDEAU, JR.,

11            Plaintiff,                         No. CIV-S-05-1709 FCD KJM P

12       vs.

13   JEANNE WOODFORD                             NOTICE OF SUBMISSION

14            Defendants.                        OF DOCUMENTS

15 _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____         completed summons form

19          _____         completed USM-285 forms

20          _____         copies of the _____
                                          Amended Complaint

21   DATED:

22

23                                        _____
                                          Plaintiff
24

25

26