IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SYLVESTER RIDEAU, JR.,

    Plaintiff,   No. CIV S-05-1709 FCD KJM P

  vs.

JEANNE WOODFORD, et al.,

    Defendants.   ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. He requests an extension of time to conduct discovery because defendants have not responded to a discovery request plaintiff served on April 9, 2008. However, the deadline for serving discovery requests which was established in the court's February 22, 2008 scheduling order was April 1, 2008. Defendants objected to the discovery on grounds of lateness. Plaintiff has not provided any information demonstrating he was unable to meet the deadlines established by the court despite his diligent efforts to do so. Therefore, plaintiff has not shown good cause to extend the cutoff for discovery. Plaintiff has also filed a motion asking that the court compel defendants to respond to his April 9, 2008 discovery request. Because he served that request late, the motion to compel will be denied.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request that the discovery deadline be extended (#27) is denied; and

2. Plaintiff's "motion for an order compelling discovery" (#28) is denied.

DATED: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

1
ride1709.dis

2