IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SYLVESTER RIDEAU, JR.,

      Plaintiff,                    No. CIV S-05-1709 FCD KJM P

   vs.

JEANNE WOODFORD, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 13, 2008, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on August 24, 2005 and March 3, 2008. All requests were denied. In light of those orders, and the court's determination that there has been no material change in the relevant factors, IT IS HEREBY ORDERED that plaintiff's request for appointment of counsel (docket no. 32) is denied.

DATED: June 30, 2008.

                                          U.S. MAGISTRATE JUDGE

1/mp
ride1709.31thr