IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SYLVESTER RIDEAU, JR.,

    Plaintiff,                                No. CIV S-05-1709 FCD KJM P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                           ORDER

_____/

On June 17, 2008, the Magistrate Judge issued an order denying plaintiff's motion for an order to compel discovery. On July 18, 2008, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of June 17, 2008 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (docket no. 36) is denied.

DATED: July 29, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE