IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SYLVESTER RIDEAU, JR.,

      Plaintiff,                             No. CIV S-05-1709 FCD KJM P

    vs.

JEANNE WOODFORD, et al.,

      Defendants.                   <u>ORDER</u>

_____/

        Plaintiff is a California inmate proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On June 16, 2008, plaintiff filed a request that the court reopen discovery and extend the date for filing pretrial motions. Because petitioner fails to identify good cause in support of his June 16, 2008 request (#33), it is denied.

DATED: August 19, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
ride1709.dis(1)