IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GREGORY SYLVESTER RIDEAU, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**JEANNE WOODFORD, et al.,**<br><br>Defendants. | 2:05-cv-1709-FCD-KJM<br><br>**ORDER VACATING PRETRIAL DATES AND TRIAL DATE PENDING ADJUDICATION OF MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT** |

Defendants' motion to vacate pretrial dates and trial date pending adjudication of motion to dismiss and motion for summary judgment was considered by this Court and, good cause appearing,

IT IS ORDERED that the dates established for the filing of pretrial statements and trial are vacated. Those dates will be reset, if necessary, after the court rules on defendants' motion for summary judgment.

Dated: October 27, 2008.

_____
U.S. MAGISTRATE JUDGE

Order Vacating Pretrial Dates and Trial Date Pending Adjudication of Motion to Dismiss and Motion for Summary Judgment

1