IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SYLVESTER RIDEAU, JR.,

    Plaintiff,                             No. CIV S-05-1709 FCD KJM P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                      <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 20, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 20, 2009, are adopted in full;

2. Defendants' July 25, 2008 motion to dismiss (Docket No. 38) is granted to the extent that:

    A. Defendant James is dismissed from this action; and

    B. Plaintiff's claims against defendant Runnels are dismissed, except for plaintiff's cumulative Eighth Amendment claim arising from effects he experienced during and after a prison lockdown occurring between July 7, 2004 and June 6, 2005.

3. Defendants' July 25, 2008 motion for summary judgment (Docket No. 37) is granted with respect to plaintiff's remaining Eighth Amendment claim against defendant Runnels.

4. This case is closed.

DATED: April 22, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE